April 30, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

BETTY GETERS, Appellant

NO. 14-13-00045-CV                    V.

THE BAYTOWN HOUSING AUTHORITY, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, The Baytown Housing Authority, signed October 26, 2012, was heard on the transcript of the record. We have inspected the record and find the trial court erred in its judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** a take-nothing judgment against The Baytown Housing Authority and in favor of Betty Geters, dissolving any writ of possession that may have issued.

We further order that all costs incurred by reason of this appeal be paid by appellee, The Baytown Housing Authority.

We further order this decision certified below for observance.